STATE OF CONNECTICUT *v.* JOHN MCGOWAN
(AC 34074)

DiPentima, C. J., and Beach and Sheldon, Js.

Argued December 12, 2012—officially released January 8, 2013

Per Curiam. The judgment is affirmed.

LAKISHA CARPENTER-SCHATZMAN
*v.* MATTHEW A. SCHATZMAN
(AC 34247)

Beach, Sheldon and Flynn, Js.

Argued November 26, 2012—officially released January 8, 2013

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* MARK SEBASTIAN
(AC 32477)

DiPentima, C. J., and Robinson and Lavery, Js.

Argued January 2—officially released January 22, 2013

Per Curiam. The judgment is affirmed.